AO 440 (Rev. 8/01) Summons in a Civil Action

SCANNED
DATE: 06/17/04
BY: Kenneth M. White and   SKY
Mandy Dias
    Plaintiffs,
                V.
Eric Madonna and
City of Fall River
    Defendants.

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE
2004 JUN 14 P 3:00
U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 10991 NG

TO: (Name and address of Defendant)

Eric Madonna
Fall River Police Department
685 Pleasant Street
Fall River, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip N. Beauregard
Beauregard, Burke & Franco
32 William Street
New Bedford, MA 02740

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 18 2004
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

---

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

June 4, 2004

I hereby certify and return that on 6/4/2004 at 09:14 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Category Sheet, Interrog., Req. for Prod., in this action in the following manner: To wit, by delivering in hand to Nancy Pavao, agent, person in charge at the time of service for Eric Madonna, One Government Center, Fall River, MA. Copies ($2.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.65

Deputy Sheriff Dennis Medeiros                                       Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.