UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -6  P 4: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| KENNETH M. WHITE and<br>MANDY DIAS,<br>    Plaintiffs,<br><br>vs.<br><br>ERIC MADONNA and CITY OF<br>FALL RIVER,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-10991-NG |

### ENTRY OF APPEARANCE

Now comes the undersigned, James Hodgson, and hereby enters his appearance as co-counsel on behalf of the plaintiff Kenneth M. White.

                                                                         JAMES HODGSON, BBO# 656231
                                                                         BEAUREGARD, BURKE & FRANCO
                                                                         32 William Street
                                                                         New Bedford, MA 02740
                                                                         (508) 993-0333

Dated: 7/1/04

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

## **CERTIFICATE OF SERVICE**

I, James Hodgson, do hereby certify that I served a copy of the within Entry of Appearance upon:

Thomas F. McGuire, Jr., Esquire
Law Department
City of Fall River
One Government Center
Fall River, MA 02722

Brian Corey, Jr., Esquire
1041 Main Road
Westport, MA 02790

via first class mail, postage prepaid, on this 1st day of July, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES HODGSON