UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUL 15 P 4: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| KENNETH M. WHITE and MANDY DIAS,<br>    Plaintiffs<br><br>v.<br><br>ERIC MADONNA and the CITY OF FALL RIVER,<br>    Defendants | C.A. # 04-10991-NG |

## CERTIFICATION OF COUNSEL FOR DEFENDANTS

I, Thomas F. McGuire, Jr., hereby certify pursuant to Local Rule 16.1(D)(3):

1) I hold the position of Corporation Counsel for the City of Fall River, Masachusetts. I represent the defendants, Eric Madonna and the City of Fall River in this action.

2) In my capacity as Corporation Counsel I oversee the budget of the City's Law Department. I also have authority to determine whether to employ alternative dispute resolution on behalf of the City and its employees, including Eric Madonna.

3) On behalf of the defendants, I have considered the establishment of a budget for the costs of conducting the full course -- and various alternative courses – of this litigation. I have also considered the use of alternative dispute resolution programs.

Signed under the penalties of perjury this 30th day of June, 2004.

*[signature]*

Thomas F. McGuire, Jr.
B.B.O. # 335170
Corporation Counsel
Law Department
One Government Center
Fall River, MA 02722
Tel. (508) 324-2650
Fax (508) 324-2655