UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10991-NG

| | |
|---|---|
| KENNETH M. WHITE and MANDY DIAS )<br><br>Plaintiff )<br><br>vs. )<br><br>ERIC MADONNA and CITY OF FALL RIVER, )<br><br>Defendants ) | |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to U.S. District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff Kenneth M. White and his counsel hereby certify that they have conferred with a view to establishing a budget for the costs of pursuing the full course of litigation and various alternative courses of the litigation. In addition, plaintiff and his counsel have conferred to consider alternative dispute resolution programs.

Plaintiff's counsel will be prepared to discuss alternative means to resolve the dispute at the Joint Scheduling Conference.

Respectfully Submitted,

Plaintiff Kenneth M. White

/s/ Kenneth M. White
122 Ocean View Avenue
Swansea, MA 02777

BEAUREGARD, BURKE & FRANCO

/s/
PHILIP N. BEAUREGARD BBO#034780
JAMES HODGSON BBO#656231
P.O. Box 952
New Bedford, MA 02741-0952
(508) 993-0333

Dated: July 21, 2004

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

## CERTIFICATE OF SERVICE

I, James Hodgson, do hereby certify that I served a copy of the within Local Rule 16.1(d)(3) Certification upon:

Thomas F. McGuire, Jr., Esquire
Law Department
City of Fall River
One Government Center
Fall River, MA 02722

Brian Corey, Jr., Esquire
1041 Main Road
Westport, MA 02790

via first class mail, postage prepaid, on this 23rd day of July, 2004.

_____
JAMES HODGSON
BBO# 656231

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740