UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH WHITE

MANDY DIAS

    Plaintiffs

V.

    CIVIL NO. 04-10991 NG

ERIC MADONNA

    Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been filed on **April 29, 2004**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) the plaintiffs' depositions are to be completed on or before **October 4, 2004**;

(2) the case will be referred to ADR after completion of the plaitiffs' depositions due by **October 4, 2004**;

(3) a further scheduling and status conference will be held on **November 9, 2004,** in **Courtroom # 24** on the **7th** floor.

    All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be

presented to the district judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **further scheduling/status conference** is scheduled at **2:00 p.m.** on **November 9, 2004,** Courtroom 24, 7th floor.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
By the Court:

/S/ Rex Brown
Courtroom Clerk

8/10/04
Date