AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

### APPEARANCE

Case Number: CV04-10991

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    THE DEFENDANTS

I certify that I am admitted to practice in this court.

Date: 11/9/04

Signature: [signed]

Print Name: DANIEL S. HENDRIE    Bar Number: 230360
ASST. CORP. COUNSEL

Address: ONE GOVERNMENT CENTER

City: FALL RIVER    State: FALL RIV.    Zip Code: 02720

Phone Number: (508) 324-2650    Fax Number: