UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH M. WHITE and MANDY DIAS, | ) ) | C.A. No. 04-10991-NG |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ERIC MADONNA and CITY OF FALL RIVER, | ) ) | |
| Defendants. | ) | |

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Plaintiffs move for an order compelling defendant Eric Madonna to answer plaintiffs' first set of interrogatories propounded to the defendant within 10 days of this Court's ruling.

On September 27, 2004, Plaintiffs served their first set of interrogatories upon defendant Eric Madonna. The interrogated party has failed to serve timely answers thereto within 45 days or such other period as may be prescribed by rule, or by order of record, or within such further time as the parties have agreed.

Plaintiffs' Certificate pursuant to Local Rule 37.1 is attached.

For this reason, Plaintiffs' Motion should be allowed.

Respectfully submitted,
The Plaintiff, Kenneth White,
By his Attorneys,

/s/ James Hodgson
PHILIP N. BEAUREGARD   BBO# 034780
JAMES HODGSON BBO# 656231
BEAUREGARD, BURKE & FRANCO
32 William Street
New Bedford, MA 02741
(508) 993-0333

The plaintiff,
Mandy Dias, By her Attorney,


/s/ Brian Corey, Jr.
BRIAN COREY, JR. BBO#
1041 Main Road
Westport, MA 02790
Tel. No.: (508) 636-8861