UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH M. WHITE and MANDY DIAS, | ) ) | C.A. No. 04-10991-NG |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ERIC MADONNA and CITY OF FALL RIVER, | ) ) | |
| Defendants. | ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs move for an order compelling defendant City of Fall River to produce the documents requested in plaintiffs' Requests For Production of Documents within 10 days of this Court's ruling.

On September 27, 2004, Plaintiffs served their first Request for Production of Documents upon Defendant City of Fall River.

Defendant has yet to respond to Plaintiffs' requests.

Plaintiffs' Certificate pursuant to Local Rule 37.1 is attached.

For this reason, Plaintiffs' motion should be allowed.

        Respectfully submitted,
        The Plaintiff, Kenneth White,
        By his Attorneys,

        _/s/ James Hodgson_____
        PHILIP N. BEAUREGARD   BBO# 034780
        JAMES HODGSON BBO# 656231
        BEAUREGARD, BURKE & FRANCO
        32 William Street
        New Bedford, MA 02741
        (508) 993-0333

        The plaintiff,
        Mandy Dias, By her Attorney,


        /s/ Brian Corey, Jr._____
        BRIAN COREY, JR. BBO#
        1041 Main Road
        Westport, MA 02790
        Tel. No.: (508) 636-8861