UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KENNETH M. WHITE and | ) | C.A. No. 04-10991-NG |
| MANDY DIAS, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC MADONNA and CITY OF | ) | |
| FALL RIVER, | ) | |
|     Defendants. | ) | |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs move for an order compelling defendant Eric Madonna to produce the documents requested in plaintiffs' Requests For Production of Documents within 10 days of this Court's ruling.

On September 27, 2004, Plaintiffs served their first Request for Production of Documents upon Defendant Eric Madonna.

Defendant has yet to respond to Plaintiffs' requests.

Plaintiffs' Certificate pursuant to Local Rule 37.1 is attached.

For this reason, Plaintiffs' motion should be allowed.

Respectfully submitted,
The Plaintiff, Kenneth White,
By his Attorneys,

/s/ James Hodgson
PHILIP N. BEAUREGARD   BBO# 034780
JAMES HODGSON BBO# 656231
BEAUREGARD, BURKE & FRANCO
32 William Street
New Bedford, MA 02741
(508) 993-0333

The plaintiff,
Mandy Dias, By her Attorney,

/s/ Brian Corey, Jr.
BRIAN COREY, JR. BBO#
1041 Main Road
Westport, MA 02790
Tel. No.: (508) 636-8861