UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10991-NG

| | |
|---|---|
| KENNETH M. WHITE and MANDY DIAS | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| ERIC MADONNA and CITY OF FALL RIVER, | ) ) ) |
| Defendants | ) |

**LOCAL RULE 37.1 CERTIFICATE OF COMPLIANCE**

I, JAMES HODGSON, hereby certify that, pursuant to Local Rule 37.1, I telephoned Attorney Thomas McGuire, attorney for defendants Eric Madonna and the City of Fall River, on March 4, March 18, and March 22, 2005 in a good faith effort to resolve the issues underlying these motions. Attorney McGuire was absent from his office or was otherwise engaged on all those days. Detailed messages were left describing my purpose in telephoning, that is, to discuss defendants' long overdue discovery responses. My telephone calls were not returned.

Plaintiff Kenneth White,
By His Attorneys,

BEAUREGARD, BURKE & FRANCO
__/s/ James Hodgson_____
JAMES HODGSON BBO#656231
32 William Street
P.O.Box 952
New Bedford, MA  02741-0952
508.993.0333

Dated: April 26, 2005