UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10991-NG

| | |
|---|---|
| KENNETH M. WHITE and MANDY DIAS </br></br>Plaintiff </br></br>vs. </br></br>ERIC MADONNA and CITY OF FALL RIVER, </br></br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO ESTABLISH SCHEDULING ORDER**

Plaintiffs Kenneth M. White and Mandy Dias hereby jointly move to modify and re-establish the scheduling order in this case pursuant to Local Rule 16.1(G).

In support of this motion, the plaintiffs state:

(1) On February 1, 2005, the parties participated in non-binding mediation as arranged by the Administrator of the ADR Program of the U.S. District Court for the District of Massachusetts. The result of that effort to resolve this case without a trial was unsuccessful. It is necessary therefore to return this case to the Court's litigation schedule.

(2) The parties originally filed a Joint Statement with a proposed litigation schedule on July 13, 2004.

(3) Plaintiffs also filed their Initial Disclosures on July 13, 2004.

(4) The Court issued a preliminary Scheduling Order on August 10, 2004, which now needs to be modified.

2/28/05 [signature], M.J. After hearing, this Court hereby allows the motion. This Court does take note, however, that the Defendant, Eric Madonna, is in military service in Iraq. Discovery shall continue, particularly with respect to the City of Fall River. If an issue develops respecting Mr. Madonna, the parties shall inform the Court.

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740

FILED
In Open Court
USDC, Mass.
Date 2/28/05
By [signature]
Deputy Clerk

(5)  Defendant Eric Madonna's current active military service will have no effect on the proposed scheduling order because defendant Madonna has already been deposed.

WHEREFORE, the plaintiffs propose the following schedule for litigation events:

1. Filing of Motions to Amend .................................. March 15, 2005
2. Completion of Fact Discovery and Depositions ..... August 1, 2005
3. Plaintiffs' Disclosure of Experts ............................ August 15, 2005
4. Defendants' Disclosure of Experts ........................ September 15, 2005
5. Completion of Expert Depositions ........................ November 1, 2005
6. Deadline for Filing Dispositive Motions ................. December 1, 2005
7. Pre-Trial Conference ..................................... February 1, 2006

Plaintiffs do not consent to trial by Magistrate.

Respectfully Submitted,

Plaintiff Kenneth M. White,          Plaintiff Mandy Dias,
By His Attorneys,                    By Her Attorney,

BEAUREGARD, BURKE & FRANCO

_____          _____
PHILIP N. BEAUREGARD BBO#034780      BRIAN COREY, JR. BBO#
JAMES HODGSON BBO#656231             1041 Main Road
P.O.Box 952                          Westport, MA 02790
New Bedford, MA 02741-0952           (508) 636-8861
(508) 993-0333

Dated: 2/24/05