UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10991-NG

KENNETH M. WHITE and )
MANDY DIAS )
)
    Plaintiff )
)
vs. )
)
ERIC MADONNA and CITY OF )
FALL RIVER, )
)
    Defendants )

**LOCAL RULE 37.1 CERTIFICATE OF COMPLIANCE**

    I, JAMES HODGSON, hereby certify that, pursuant to Local Rule 37.1, I telephoned Attorney Thomas McGuire and Attorney Gary P. Howayeck, attorneys for defendants Eric Madonna and the City of Fall River, on May 18 and May 19, 2005 in a good faith effort to resolve the issues underlying this Court's order of April 29, 2005 with respect to Plaintiffs' discovery requests. A detailed message as to the purpose of my telephone calls was dictated to opposing counsels' legal secretary on May 19, 2005 but my telephone calls were not returned.

    Respectfully Submitted,
    Plaintiff Kenneth White,
    By His Attorneys,

    /s/ James Hodgson
    JAMES HODGSON BBO# 656231
    BEAUREGARD, BURKE & FRANCO
    32 William Street
    New Bedford, MA 02741
    (508) 993-0333

Dated: June 6, 2005

LAW OFFICES OF
BEAUREGARD, BURKE
& FRANCO
32 WILLIAM STREET
NEW BEDFORD, MA 02740