**CERTIFICATE OF SERVICE**

       I, James Hodgson, do hereby certify that I served the within Plaintiff's Motion for Sanctions, Affidavit of James Hodgson, and Rule 37.1 Certificate of Compliance to Thomas F. McGuire, Jr., Esquire, Law Department, City of Fall River, One Government Center, Fall River, MA 02722, Brian Corey, Jr., Esquire, 1041 Main Road, Westport, MA 02790, and Daniel S. Hendrie, 38 Rock Street, Fall River, MA 02720 via first class mail, postage prepaid, on this 6th day of June, 2005:

                                                                                                   /s/ James Hodgson  
                                                                                 JAMES HODGSON  
                                                                                 BBO# 656231