**CERTIFICATE OF SERVICE**

   I, James Hodgson, do hereby certify that I served the within Plaintiffs' Opposition to Defendants' Motion for Stay to Thomas F. McGuire, Jr., Esquire, Law Department, City of Fall River, One Government Center, Fall River, MA 02722, Brian Corey, Jr., Esquire, 1041 Main Road, Westport, MA 02790, and Daniel S. Hendrie, 38 Rock Street, Fall River, MA 02720 via first class mail, postage prepaid, on this 10th day of June, 2005:

            _____/s/ James Hodgson_____
            JAMES HODGSON BBO# 656231