# AFFIDAVIT CONCERNING MILITARY ACTIVE DUTY SERVICE

"My name is Colonel Virginia Barham. I am the Personnel Officer for the Joint Forces Headquarters, TAGRI-J1, Rhode Island National Guard. To the best of my knowledge and belief, Sergeant Eric Madonna was mobilized on January 4, 2005 with the 172 Infantry Company, (Mountain) to Fort Stewart, Georgia. His deployment orders identify a 545 day deployment."

_____
AFFIANT

Printed Name: VIRGINIA G BARHAM
Address: 645 NEW LONDON AVE, CRANS, RI
Telephone # 275-4135

Subscribed and sworn to before me by the above-named witnesses, this 4th day of March, 2005.

_____
Officer

I, the undersigned officer, do hereby certify that I am, on the date of this certificate, a person with the power described in Title 10 U.S.C. 1044a of the grade, branch of service, and organization stated below in the active service of the United States Armed Forces, and that by statute no seal is required on this certificate, under authority granted to me by Title 10 U.S.C. 1044a.

_____
Name of Officer and Position: VIVIAN L. CARUOLO
Grade and Branch of Service: LTC, JA