UNITED STATES DISTRICT COURT
DISTRICT COURT DIVISON

C.A. No.: 04-10991-NG

| | |
|---|---|
| KENNETH M. WHITE and<br>MANDY DIAS,<br>      Plaintiffs,<br><br>v.<br><br>ERIC MADONNA and the<br>CITY of FALL RIVER,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

Kindly enter my appearance on behalf of the Defendants, Eric Madonna and the City of Fall River in the above-referenced matter.

                                                      Respectfully submitted,
                                                    Eric Mandonna and City of Fall River
                                                    By their attorney

                                                    Gary P. Howayeck
                                                    Special Assistant Corporation Counsel
                                                    BBO 630053
                                                    Law Department, One Government Center
                                                    Fall River, MA 02722
                                                    (508) 324-2650

Dated: June 22, 2005

## CERTIFICATE OF SERVICE

I, Gary P. Howayeck, Esq., hereby certify that I have served the Apearance for Defendant's Eric Madonna and the city of Fall River this day by first class mail, postage prepaid to James Hodgson, Esquire of Beauregard, Burke and Franco, 32 Williams Street, New Bedfrod, MA 02740 and Brian Corey, Jr., Esquire, 1041 Main Road, Westport, MA 02790.

Gary P. Howayeck, Esq.
Special Assistant Corporation Counsel

Dated: June 27, 2005