UNITED STATES DISTRICT COURT
DISTRICT COURT DIVISION

C.A. No.: 04-10991-NG

| | |
|---|---|
| KENNETH M. WHITE and<br>MANDY DIAS,<br>       Plaintiffs,<br><br>v.<br><br>ERIC MADONNA and the<br>CITY of FALL RIVER,<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPPEARANCE

NOW COMES, Daniel S. Hendrie, and gives Notice of Withdrawal on behalf of the Defendants.

                                              Respectfully submitted,
                                              Eric Madonna and City of Fall River
                                              By their attorney

                                              _____
                                              Daniel S. Hendrie
                                              Assistant Corporation Counsel
                                              BBO#230360
                                              Law Department, One Government Center
                                              Fall River, MA 02722
                                              (508) 324-2650

Dated: June 29, 2005

## CERTIFICATE OF SERVICE

I, Daniel S. Hendrie, Esq., hereby certify that I have served the within Notice of Withdrawal of Counsel this day by first class mail, postage prepaid to James Hodgson, Esquire of Beauregard, Burke and Franco, 32 Williams Street, New Bedford, MA 02740 and Brian Corey, Jr., Esquire, 1041 Main Road, Westport, MA 02790.

Daniel S/ Hendrie, Esq.
Assistant Corporation Counsel

Dated: June 29, 2005