1      ready to go to Make-A-Wish Foundation.
2  Q  What's Make-A-Wish Foundation?
3  A  It's for kids with cancer that are dying with
4      cancer. We raise money to give them their last
5      wish. Whatever. There's usually, you know, trips
6      to Florida. Stuff like that. You know, sports
7      people, whatever their wish is with sports.
8  Q  And what time did that event start?
9  A  I think it was 6:00 p.m.
10  Q  Who'd you go with?
11  A  Went by myself.
12  Q  Did you drive your automobile?
13  A  Yes, sir.
14  Q  And you went to where?
15  A  Venus DeMilo. It was held at Venus DeMilo
16      Restaurant in Swansea.
17  Q  Once you got there, who'd you see?
18  A  There was a bunch of people.
19  Q  Like who?
20  A  Mayor Lambert was there. The State representatives
21      were there. All the State representatives were
22      there.
23  Q  Did you talk to Mayor Lambert that night?
24  A  Yes. I said hi.