UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10991-NG

| | |
|---|---|
| KENNETH M. WHITE and MANDY DIAS | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| ERIC MADONNA and CITY OF FALL RIVER, | ) ) ) |
| Defendants | ) |

**STIPULATION OF DISMISSAL**

Pursuant to the provisions of Fed.R.Civ. Pr. 41(a)(1)(ii), the parties in the above-captioned matter hereby stipulate that this action be dismissed, with prejudice, without costs, and waiving all rights of appeal.

Respectfully Submitted,

Plaintiff Kenneth M. White,          Plaintiff Mandy Dias,
By His Attorneys,                    By Her Attorney,

BEAUREGARD, BURKE & FRANCO

/s/ James Hodgson                    /s/ Brian Corey, Jr
PHILIP N. BEAUREGARD BBO#034780      BRIAN COREY, JR.  BBO#632973
JAMES HODGSON BBO#656231             1041 Main Road
P.O. Box 952                         Westport, MA  02790
New Bedford, MA  02741-0952          (508) 636-8861
(508) 993-0333

Defendants Eric Madonna and
City of Fall River,
By Their Attorneys,

CORPORATION COUNSEL,
CITY OF FALL RIVER

 /s/ Gary Howayeck
GARY HOWAYECK BBO# 630053
One Government Center
Fall River, MA  02722
(508) 324-2650


Dated:  January 15, 2008